# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al., | Case Nos. 2:12-cv-01104-KJD-NJK |
| Plaintiff(s), | 2:12-cv-01106-KJD-NJK |
| | 2:12-cv-01107-KJD-NJK |
| vs. | 2:12-cv-01108-KJD-NJK |
| | 2:12-cv-01110-KJD-NJK |
| AMERICAN INVSCO CORP., et al., | 2:12-cv-01111-KJD-NJK |
| | ORDER SETTING HEARING |
| Defendant(s). | |

Pending before the Court are Plaintiffs' motions to extend discovery. In some cases, the Court has also received partial joinders. The Court hereby **ORDERS** any additional joinders or responses to be filed no later than March 29, 2013. The Court further **ORDERS** that these motions be set for hearing on April 4, 2013 at 10:30 a.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge