# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al.,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>AMERICAN INVSCO CORP., et al.,<br><br>　　　　　Defendant(s). | Case Nos.　2:12-cv-01104-APG-NJK<br>　　　　　　　2:12-cv-01106-APG-NJK<br>　　　　　　　2:12-cv-01107-APG-NJK<br>　　　　　　　2:12-cv-01108-APG-NJK<br>　　　　　　　2:12-cv-01111-APG-NJK<br><br>ORDER DENYING WITHOUT PREJUDICE OBJECTION TO DEPOSITION NOTICE |

Pending before the Court is an "objection" to a deposition notice, filed by Meridian Private Residences CH, LLC on July 29, 2013. Docket No. 80, 2:12-cv-1104-APG-NJK; Docket No. 75, 2:12-cv-1106-APG-NJK; Docket No. 82, 2:12-cv-1107-APG-NJK; Docket No. 74, 2:12-cv-1108-APG-NJK; Docket No. 67, 2:12-cv-1111-APG-NJK. For the reasons discussed below, that "objection" is hereby DENIED without prejudice.

The pending objection identifies purported deficiencies in a recently-served deposition notice. The objection does not specify what relief (if any) is sought from the Court (*e.g.*, a protective order). Nor does the objection indicate that a proper meet and confer was conducted. *See* Local Rule 26-7(b). Accordingly, to the extent the "objection" seeks relief from the Court, it is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: July 29, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge