# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al., | Case Nos.  2:12-cv-01104-APG-NJK |
| | 2:12-cv-01106-APG-NJK |
| Plaintiff(s), | 2:12-cv-01107-APG-NJK |
| | 2:12-cv-01108-APG-NJK |
| vs. | 2:12-cv-01110-APG-NJK |
| | 2:12-cv-01111-APG-NJK |
| AMERICAN INVSCO CORP., et al., | |
| | ORDER SETTING HEARING |
| Defendant(s). | |

On April 25, 2014, United States District Judge Andrew P. Gordon referred these cases to the undersigned for a settlement conference. The Court further **SETS** these cases for a scheduling conference on May 6, 2014, at 2:00 p.m. in Courtroom 3A. Counsel shall be prepared to discuss, *inter alia*, (1) the likelihood that the parties will consent to the undersigned holding the trial in any of these cases, (2) whether the parties would prefer a settlement conference conducted by a magistrate judge or a private mediator, and (3) whether separate settlement conferences should be held in each case, or whether one consolidated settlement conference should be held.

IT IS SO ORDERED.

DATED: April 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge