Michael R. Mushkin, Esq.
Nevada State Bar #2421
Michael R. Mushkin & Associates
4475 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333
michael@mushlaw.com

William H. Gamage, Esq.
Nevada State Bar #9024
Amy M. Gamage, Esq.
Nevada State Bar #9304
Gamage & Gamage
5580 S. Ft. Apache, Suite 110
Las Vegas, Nevada 89148
(702) 386-9529
wgamage@gamagelaw.com
agamage@gamagelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>　　　Defendants.<br><br>Cases Continued Below | Case No.: 2:12-cv-01104-APG-NJK<br>Consolidated with Case Nos. for Discovery:<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK<br><br>**ORDER** |

**STIPULATION AND ORDER GRANTING STAY**
**(FIRST REQUEST)**

Page **1** of **1**

| | |
|---|---|
| SHAHIN EDALATDJU and NASILA EDALATDJU,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>    Defendants. | Case No.: 2:12-cv-01106-APG-NJK<br>  Consolidated with Case Nos. for<br>  Discovery:<br>  2:12-cv-01104-APG-NJK<br>  2:12-cv-01107-APG-NJK<br>  2:12-cv-01108-APG-NJK<br>  2:12-cv-01110-APG-NJK<br>  2:12-cv-01111-APG-NJK |
| MARY HELDT, VICTOR HELDT, and SNAP PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>    Defendants. | Case No.: 2:12-cv-01107-APG-NJK<br>  Consolidated with Case Nos. for<br>  Discovery:<br>  2:12-cv-01104-APG-NJK<br>  2:12-cv-01106-APG-NJK<br>  2:12-cv-01108-APG-NJK<br>  2:12-cv-01110-APG-NJK<br>  2:12-cv-01111-APG-NJK |
| NASIR KOSA; BASIL KOSA, and SAID MATTI,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>    Defendants. | Case No.:  2:12-cv-01108-APG-NJK<br>  Consolidated with Case Nos. for<br>  Discovery:<br>  2:12-cv-01104-APG-NJK<br>  2:12-cv-01106-APG-NJK<br>  2:12-cv-01107-APG-NJK<br>  2:12-cv-01110-APG-NJK<br>  2:12-cv-01111-APG-NJK |
| WISAM KOSA, RAGHID KOSA and MAHA KOSA;<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>    Defendants. | Case No.: 2:12-cv-01111-APG-NJK<br>  Consolidated with Case Nos. for<br>  Discovery:<br>  2:12-cv-01104-APG-NJK<br>  2:12-cv-01106-APG-NJK<br>  2:12-cv-01107-APG-NJK<br>  2:12-cv-01108-APG-NJK<br>  2:12-cv-01110-APG-NJK |

**STIPULATION AND ORDER GRANTING STAY**
**(FIRST REQUEST)**

Pursuant to the Status Conference held on July 20, 2016 before Judge Andrew P. Gordon, the above-named Plaintiffs and the remaining Defendants, Meridian Private Residences CH, LLC and Rebekah Desmet, by and through their undersigned counsel, hereby stipulate to stay the trials of the following cases pending any appeal of the prior orders granting summary judgment in favor of Defendant Koval Flamingo, LLC and the joinders thereto that were filed by Defendant American Invsco Corporation and Defendant Condominium Retail Services, Inc.:

2:12-cv-01104 – Doc. 222,

2:12-cv-01106 – Doc. 180,

2:12-cv-01107 – Doc. 179,

2:12-cv-01108 – Doc. 178, and

2:12-cv-01111 – Doc. 169.

By: /s/Michael R. Mushkin
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
MICHAEL R. MUSHKIN & ASSOCIATES
4475 S. Pecos Road
Las Vegas, Nevada 89121
(702) 386-3999
Michael@mushlaw.com

WILLIAM H. GAMAGE, ESQ.
Nevada State Bar #9024
AMY M. GAMAGE, ESQ.
Nevada State Bar #9304
GAMAGE & GAMAGE
5580 S. Ft. Apache, Suite 110
Las Vegas, Nevada 89148
(702) 386-9529
(702) 382-9529
wgamage@gamagelaw.com
agamage@gamagelaw.com

*Attorneys for Plaintiffs*

By: /s/ Lawrence J. Semenza
LAWRENCE J. SEMENZA, III, ESQ.
Nevada State Bar #7174
LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 835-6803
ljs@skrlawyers.com
*Attorneys for Meridian Private Residences CH, LLC*

By: /s/ Kristina S. Holman
KRISTINA S. HOLMAN, ESQ.
Nevada State Bar #3742
HOLMAN LAW OFFICE
703 S. Eighth Street
Las Vegas, Nevada 89101
(702) 430-8600
kholman@kristinaholman.com
*Attorneys for Rebekah Desmet*

**ORDER GRANTING STAY**

The foregoing stipulation having been entered into and approved by the remaining parties to the forgoing actions as evidenced by the signatures of their counsel, it is hereby ordered that the following cases having been filed in the United States District Court – District of Nevada are hereby stayed pending any appeal of the orders granting summary judgment entered in favor of Defendant Koval Flamingo, LLC and the joinders thereto that were filed by Defendant American Invsco Corporation and Defendant Condominium Retail Services, Inc.:

2:12-cv-01104 – Doc. 222,

2:12-cv-01106 – Doc. 180,

2:12-cv-01107 – Doc. 179,

2:12-cv-01108 – Doc. 178, and

2:12-cv-01111 – Doc. 169.

DATED: August 5, 2016.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE