# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-01104-APG-NJK<br><br>Consolidated (for discovery and trial) with Case Nos.:<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01111-APG-NJK<br><br>**ORDER GRANTING DEFENDANT REBEKAH DESMET'S MOTIONS FOR SUMMARY JUDGMENT** |

Defendant Rebekah Desmet moves for summary judgment, arguing that as an employee of American Invsco Corp. and an agent of Koval Flamingo, LLC, she is entitled to judgment as a matter of law for the same reasons those two defendants were granted judgment. Specifically, Desmet contends she is entitled to the benefit of a release of claims signed by the plaintiffs.[1] In response, the plaintiffs do not dispute that Desmet is an American Invsco employee and a Koval agent within the releases' scope. Instead, they argue the releases are unenforceable.

I have already rejected the plaintiffs' arguments about the releases being unenforceable. ECF No. 222. I decline to reconsider that decision. I granted judgment in favor of defendants American Invsco and Koval based on the releases. *Id.* The plaintiffs released Koval, American Invsco, and their "respective affiliates, shareholders, members, directors, officers, employees and agents . . . ." *See, e.g.*, 197-2 at 4. As it is undisputed Desmet was American Invsco's employee

---

[1] Desmet also claims she has already been dismissed from cases 2:12-cv-01106-APG-NJK and 2:12-cv-01111-APG-NJK based on the court's March 2014 order. I am uncertain on what basis Desmet believes she has been dismissed from those cases. The March 31, 2014 order denied the defendants' motions to dismiss the conversion claims against Desmet. *See* Case No. 2:12-cv-01106-APG-NJK, ECF No. 107 at 14-15. Nevertheless, because the plaintiffs do not respond to that argument, and because the same reasoning on the merits applies, I grant summary judgment in Desmet's favor in these cases as well. Desmet is not a defendant in 2:12-cv-01107-APG-NJK.

and American Invsco was Koval's agent, the plaintiffs also released their conversion claims against Desmet. I therefore grant Desmet's summary judgment motions.

IT IS THEREFORE ORDERED that defendant Rebekah Desmet's motions for summary judgment **(ECF No. 252 in 2:12-cv-01104-APG-NJK and ECF No. 205 in 2:12-cv-01108-APG-NJK) are GRANTED**. Defendant Rebekah Desmet is entitled to judgment as a matter of law on the plaintiffs' conversion claims against her in each of the following cases:

2:12-cv-01104-APG-NJK,

2:12-cv-1106-APG-NJK,

2:12-cv-01108-APG-NJK, and

2:12-cv-01111-APG-NJK.

DATED this 29th day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE