MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada Bar No. 4954
MUSHKIN CICA COPPEDGE
4495 S. Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Facsimile: (702) 454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE COUTURIER and ELEANOR COUTURIER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01104-APG-NJK<br>Consolidated with Case No's for Trial:<br><br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK<br><br>**JOINT RULE 6(B)(1) MOTION FOR EXTENSION OF TIME PROVIDED BY LR 54-14 & ORDERS DATED JUNE 28 & 29, 2018 (THIRD REQUEST)** |
| SHAHIN EDALATDJU and NASILA EDALATDJU,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01106-APG-NJK<br>Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK |

| | |
|---|---|
| MARY HELDT, VICTOR HELDT, and SNAP PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01107-APG-NJK<br>Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK |
| NASIR KOSA; BASIL KOSA, and SAID MATTI,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01108-APG-NJK<br>Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK |
| WISAM KOSA, RAGHID KOSA and MAHA KOSA;<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INVSCO, et al.,<br><br>Defendants. | Case no.: 2:12-cv-01111-APG-NJK<br>Consolidated with Case No's for Trial:<br><br>2:12-cv-01104-APG-NJK<br>2:12-cv-01106-APG-NJK<br>2:12-cv-01107-APG-NJK<br>2:12-cv-01108-APG-NJK<br>2:12-cv-01110-APG-NJK |

**JOINT RULE 6(B)(1) MOTION FOR EXTENSION OF TIME
PROVIDED BY LR 54-14 &
ORDERS DATED JUNE 28 & 29, 2018
(ATHIRD REQUEST)**

The parties, by and through their respective counsel, hereby move for entry of an order under FRCP 6(b)(1) extending the periods provided by LR 54-14 and this court's orders dated June 28 & 29, 2018 pertaining to motions for attorney's fees in each of the above actions, for the following reasons:

1. These actions have been pending before this court since their removal in October

1 | 2008.

2. On June 28 & 29, 2018, the court entered orders and judgments of final adjudication regarding each of them.

3. In those orders, the court instructed Plaintiffs to file motions for attorney's fees (if any) within 14 days (i.e., on or before July 12, 2018 (as to certain of these actions) and July 13, 2018 (as to the rest). It also instructed Plaintiffs' counsel to confer with Defendant Meridian's counsel regarding such matters before filing any such motion.

4. LR 54-14 provides that motions for attorney's fees are to be filed within 14 days of the entry of a final judgment or order disposing of an action which the United States Supreme Court has held is the date of entry of an order disposing of the substantive elements of an action, despite the existence or potential for a motion for attorney's fees. *Ray Haluch Gravel Co. v. Cent. Pension Fund of Int'l Union of Operating Engineers & Participating Employers*, 134 S. Ct. 773 (2014).

5. Counsel for all Plaintiffs and the principal Defendants, Koval Flamingo, LLC and Meridian Private Residences CH, LLC have previously requested an extension of time to effectively review each parties' claim(s) for attorney's fees.

6. Counsel for all Plaintiffs and the principal Defendants, Koval Flamingo, LLC and Meridian Private Residences CH, LLC have conferred about such matters and are still in discussions regarding each parties' claim(s) for attorney's fees and that it would unduly burden the court and the parties to require such motions to be filed within the period provided by LR 54-14 and the court's orders of June 28 & 29, 2018.

7. Accordingly, there is good cause within the meaning of FRCP 6(b)(1) for an extension of the period within which to file the parties' respective motions for attorney's fees in these actions.

///
///
///
///

8. The parties are requesting an additional eight (8) days to continue discussions regarding each parties' claim(s) for attorney's fees.

9. This motion is timely pursuant to FRCP 6(b)(1)(A) in that it has been filed prior to the expiration of the period for which extension is sought.

Dated this 10th day of September, 2018

| MUSHKIN CICA COPPEDGE | LAWRENCE J. SEMENZA, III, P.C. |
|---|---|
| /s/ Michael R. Mushkin \ <br> MICHAEL R. MUSHKIN, ESQ. <br> Nevada State Bar No. 2421 <br> L. JOE COPPEDGE, ESQ. <br> Nevada State Bar No. 4954 <br> 4475 So. Pecos Road <br> Las Vegas, Nevada 89121 | /s/ Lawrence J. Semenza \ <br> Lawrence J. Semenza, III, Esq., Bar No. 7174 <br> Christopher D. Kircher, Esq., Bar No. 11176 <br> Jarrod L. Rickard, Esq., Bar No. 10203 <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiffs* | KENNETH B. MORGAN, P.C. <br> Kenneth B. Morgan, Esq. <br> (*Pro Hac Vice Admitted*) <br> 180 High Oak Drive, Suite 202 <br> Bloomfield Hills, MI 48304 <br><br> *Attorneys for Defendant Meridian Private Residences CH, LLC* |

IT IS SO ORDERED.

Dated: September 11, 2018.

_____
UNITED STATES DISTRICT JUDGE