# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAHIN EDALATDJU and NASILA EDALATDJU,<br><br>Plaintiffs<br><br>v.<br><br>AMERICAN INVSCO, *et al.*,<br><br>Defendants | Case No.: 2:12-cv-01106-APG-NJK<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS FEES AND COSTS**<br><br>[ECF No. 253] |

I previously awarded the Edalatdju plaintiffs damages against defendant Meridian Private Residences CH, LLC ("Meridian"). ECF No. 245. I also allowed the Edalatdjus to file a motion to recover their attorneys' fees and costs. The Edalatdjus filed their motion for fees and costs. ECF No. 253. Meridian has not opposed the motion and the time to do so has now passed. ECF No. 255.

The Edalatdjus's counsel has submitted satisfactory evidence justifying the fees incurred and the various rates charged over the years. This lodestar method of calculating and evaluating fee requests is appropriate here. I have also considered the relevant factors under Local Rule 54-14 and those set forth in *Brunzell v. Golden Gate Nat'l Bank*, 455 P. 2d 31, 33 (Nev. 1969).[1] The Edalatdjus's motion and supporting evidence justify the reasonableness of the fee request.

---

[1] Those factors are "(1) the qualities of the advocate: his ability, his training, education, experience, professional standing and skill; (2) the character of the work to be done: its difficulty, its intricacy, its importance, time and skill required, the responsibility imposed and the prominence and character of the parties where they affect the importance of the litigation; (3) the work actually performed by the lawyer: the skill, time and attention given to the work; (4) the result: whether the attorney was successful and what benefits were derived." *Id.* (citation omitted).

Because the hourly rates and the time incurred are reasonable and justified, I grant the fee request.

However, the Edalatdjus have submitted no evidence to support an award of nontaxable costs. Therefore, I will not award the Edalatdjus any costs not otherwise taxable under Local Rule 54-1. The clerk of court shall tax taxable costs as set forth in the Local Rules.

IT IS THEREFORE ORDERED that the Edalatdju plaintiffs' motion for attorney's fees and costs **(ECF No. 253) is GRANTED IN PART**. The Edalatdjus are awarded attorney's fees against defendant Meridian Private Residences CH, LLC in the amount of $219,168.32. The clerk of the court is directed to enter judgment accordingly.

DATED this 6th day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE