# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Shahin Edalatdju, et al.

          Plaintiff,

v.

American Invsco Corporation, et al.

          Defendants.

JUDGEMNT IN A CIVIL CASE for ATTORNEY FEES

Case Number: 2:12-cv-01106-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Edalatdjus are awarded attorney's fees against defendant Meridian Private Residences CH, LLC in the amount of $219,168.32.

12/6/18  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk